# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, INDIVIDUALLY, and JANE DOE, INDIVIDUALLY,<br><br>        Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION, CVS PHARMACY INC.,<br><br>        Defendants. | Case No.: 3:22-cv-01776-W-WVG<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO PROCEED UNDER PSEUDONYM AND TO SEAL PERSONALLY IDENTIFYING INFORMATION** |

  Pending before the Court is Plaintiffs Jane Doe and Jane Roe's Ex Parte Application to Proceed Under Pseudonym and to Seal Personally Identifying Information ("Application") [Doc. 3].  Plaintiffs filed the Application on December 2, 2022. Defendants have not filed an opposition to the Application as of the date of this order. Chambers Rule 5.a states that "[e]x parte applications that are not opposed within two Court days will be considered unopposed and may be granted on that ground."[1]

---

[1] *See also* Local Rule 7.1.f.3 (b) states that an opposition must contain a "brief and complete statement of all reasons in opposition to the position taken by the movant" and subdivision (c) states that "…failure may constitute a consent to the granting of a motion."

1

Accordingly, the Court **GRANTS** the Application [Doc. 3] and **ORDERS** as follows:

1. Plaintiffs may proceed under pseudonym;
2. Plaintiffs may file a redacted version of the complaint that protects any social security numbers, addresses, and personal health information;[2]
3. Plaintiffs must file an unredacted complaint under seal. The Clerk of the Court shall seal Plaintiffs' unredacted in its entirety.

**IT IS SO ORDERED**.

Dated: December 7, 2022

Hon. Thomas J. Whelan
United States District Judge

---

[2] If Plaintiffs want a broader and/or continuing protection of this information, they are advised to seek a protective order from the magistrate judge assigned to this case.